*Van C. Swearingen,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

State, *ex rel.* L. F. Rodgers, *et al.,* Relators, v. John B. Rodes, *et al.,* Respondents.

*Hull, Landis & Whitehair,* for Relators.
*Noah B. Butt,* for Respondents.

John Teddleton, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Donald Walker,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Carl O. Warth, *et al.,* Appellants, v. The Tilton Drug Company, a Florida Corporation, Appellee.

*Vincent C. Giblin,* for Appellants.
*Thos. H. Anderson,* for Appellee.

J. R. Cason, *et al.,* Appellants, v. Corene Cason, Etc., Appellee.